IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | NO: 2:15-CR-0012 GEB |
| ZARGHAM BUKHARI | |
| Defendant. | |

FILED

MAR 23 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Zargham Bukhari
Detained at: Sacramento County Jail
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
       charging detainee with: 18 U.S.C. § 1591(a)(1)
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
  or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: *Michele Beckwith*
Printed Name & Phone No: Michele Beckwith, 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee forthwith. At the conclusion of said proceedings said detainee will be returned to the above-named custodian.

Dated: March 23, 2015

Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 09803573 | DOB: | 08/07/1994 |
| Facility Address: | 651 "I" Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                  (signature)