1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   Matthew M. Scoble, #237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    matthew.scoble@fd.org
5

6   Attorney for Defendant
    Zargham Bukhari
7
                    IN THE UNITED STATES DISTRICT COURT
8

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case № 2:15-cr-00012-GEB

12              Plaintiff,                    STIPULATION AND [PROPOSED] ORDER
                                              TO CONTINUE STATUS CONFERENCE
13       v.

14  Zargham Bukhari,                          DATE:        May 22, 2015
                                              TIME         9:00 a.m.
15              Defendant.                    JUDGE:       Hon. Garland E. Burrell, Jr.

16          IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

17  through Michele M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and

18  Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble,

19  attorney for Zargham Bukhari, that the status conference scheduled for April 10, 2015 be

20  vacated and continued to May 22, 2015 at 9:00 a.m.

21          Defense counsel requires additional time to review discovery with the defendant and

22  pursue investigation, as well as continue negotiations toward a non-trial disposition. Based upon

23  the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this

24  order's date through and including May 22, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and

25  (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon

26  continuity of counsel and defense preparation.

27

28

                                           -1-
                                                        *Stipulation and [Proposed] Order to Continue Status*
                                                                                              *Conference*

1   DATED: April 9, 2015                    Respectfully submitted,
                                            HEATHER E. WILLIAMS
2                                           Federal Defender

3
                                            /s/ Matthew M. Scoble
4                                           Matthew M. Scoble
                                            Assistant Federal Defender
5                                           Attorney for Zargham Bukhari

6   DATED: April 9, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney
7

8                                           /s/ Matthew M. Scoble for
                                            Michele M. Beckwith
9                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
10

11

12                                          ORDER

13          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

14   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

15   its order. The Court specifically finds the failure to grant a continuance in this case would deny

16   counsel reasonable time necessary for effective preparation, taking into account the exercise of

17   due diligence.  The Court finds the ends of justice are served by granting the requested

18   continuance and outweigh the best interests of the public and defendant in a speedy trial.

19          The Court orders the time from the date the parties stipulated, up to and including May

20   22, 2015, shall be excluded from computation of time within which the trial of this case must be

21   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

22   [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

23   **ordered** the April 10, 2015 status conference shall be continued until May 22, 2015, at 9:00 a.m.

24   Dated:  April 9, 2015

25

26   _____
     GARLAND E. BURRELL, JR.
27   Senior United States District Judge

28

                                            -2-