HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
Zargham Bukhari

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Zargham Bukhari,<br><br>Defendant. | Case No. 2:15-cr-00012 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:      August 28, 2015<br>TIME        9:00 a.m.<br>JUDGE:    Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Michele M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Zargham Bukhari, that the status conference scheduled for August 28, 2015 be vacated and continued to October 16, 2015 at 9:00 a.m.

    Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 16, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

DATED: August 27, 2015                Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Matthew M. Scoble*
                                           Matthew M. Scoble
                                           Assistant Federal Defender
                                           Attorney for Zargham Bukhari

DATED: August 27, 2015                BENJAMIN B. WAGNER
                                           United States Attorney

                                           */s/ Michele M. Beckwith*
                                           Michele M. Beckwith
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 28, 2015 status conference shall be continued until October 16, 2015, at 9:00 a.m.

Dated:  August 27, 2015

                                           [signature]
                                           GARLAND E. BURRELL, JR.
                                           Senior United States District Judge