HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ZARGHAM BUKHARI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ZARGHAM BUKHARI,<br><br>  Defendants. | Case No. 2:15-cr-0012 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL CONFIRMATION AND TRIAL DATE AND SET FOR STATUS HEARING<br><br>Date:  October 14, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

The United States of America, through its counsel, Assistant U. S. Attorney Michele Beckwith, and defendant, Zargham Bukhari, through Assistant Federal Defender, Noa E. Oren, stipulate that the Trial Confirmation Hearing and Trial Date, currently scheduled for October 14, 2016 and November 1, 2016, be vacated and that Mr. Bukhari's matter be calendared for a status hearing on November 18, 2016 at 9:00 a.m.

The parties anticipate resolving the case by November 18, 2016. The continuance is requested for defense preparation. The parties agree that the above reasons constitute good cause for a continuance. The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

///

///

1  DATED:  October 7, 2016          HEATHER E. WILLIAMS
                                    Federal Defender
2

3                                   */s/ Noa E. Oren*
                                    NOA E. OREN
4                                   Assistant Federal Defender
                                    Attorney for ZARGHAM BUKHARI
5

6  DATED: October 7, 2016           PHILLIP A. TALBERT
                                    Acting United States Attorney
7

                                    */s/ Michele Beckwith*
8                                   MICHELE BECKWITH
                                    Executive Assistant U.S. Attorney
9

**O R D E R**

Finding good cause, the Court orders the trial confirmation hearing and trial date be vacated and sets a status hearing for November 18, 2016 at 9:00 a.m., before the Hon. Garland E. Burrell, Jr.; and, excludes time for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Dated: October 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge