HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, # 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ZARGHAM BUKHARI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-00012-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE** |
| vs. | |
| ZARGHAM BUKHARI, | |
| Defendant. | Date:   February 10, 2017<br>Time:   9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Michele M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Zargham Bukhari, that the briefing schedule, be continued to four weeks. The new schedule will be as follows:

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/24/17 |
| Reply or Statement of No Opposition | 3/3/17 |
| Judgment and Sentencing Date: | 3/10/17 |

///

///

1   The parties agree that a four-week continuance provides enough time for defense counsel to receive and review mitigating information in preparation for sentencing.  Probation is aware of this stipulation and does not oppose the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2017

*/s/  Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
ZARGHAM BUKHARI

Date: January 24, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Michele M. Beckwith*
MICHELE M. BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the formal objections are now due on February 24, 2017, any replies are now due on March 3, 2017, and the sentencing hearing is now set for March 10, 2017 at 9:00 a.m. before Judge Garland E. Burrell.

IT IS SO ORDERED.

Dated:  January 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge